# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151978

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GREGORY JOHN ARNOLD,
    Defendant-Appellant.

SC: 151978
COA: 326969
Kent CC: 13-006115-FH;
14-008657-FH; 14-009993-FH

_____/

On order of the Court, the application for leave to appeal the May 27, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Kent Circuit Court for consideration of the defendant's issue regarding the assessment of court costs. On remand, the trial court shall also strike from the presentence report any information that was objected to at sentencing and determined by the trial court to be inaccurate or irrelevant. MCL 771.14(6); MCR 6.425(E)(2). In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2016



Clerk

d0919